ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| PURA COSME OLIVERAS Y OTROS<br><br>Peticionaria<br><br>v.<br><br>MARÍA COSME DOMÍNGUEZ Y OTROS<br><br>Recurrida | KLCE202400073 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2020CV00559<br><br>Sobre: Liquidación de Comunidad de Bienes |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Romero García y la Jueza Martínez Cordero.

Martínez Cordero, jueza ponente.

## **RESOLUCIÓN**

En San Juan, Puerto Rico, a 24 de enero de 2024.

La parte peticionaria del título ha comparecido ante nos, mediante un recurso discrecional de *Certiorari.* En su petición, nos solicitó que se revoque la *Orden,* emitida el 18 de diciembre de 2023, y notificada al día siguiente, por el Tribunal de Primera Instancia, Sala Superior de Bayamón. Mediante la *Orden* recurrida, el foro primario dispuso que, con el fin de sustituir a una parte en el pleito, no procedía la presentación de una demanda enmendada, en un caso con sentencia. En el recurso ante nos, la parte peticionaria esgrimió que el foro primario se equivocó al denegar la solicitud de sustitución de parte al amparo de la Regla 22.1(b) de las de Procedimiento Civil.[1]

Conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[2] este Tribunal tiene la facultad de prescindir de términos no jurisdiccionales, escritos, notificaciones o

---

[1] 32 LPRA Ap. V, R. 22.1.
[2] 4 LPRA Ap. XXII-B, R.7 (B)(5).

Número Identificador

RES2024_____

procedimientos específicos en cualquier caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho. En consideración a lo anterior, eximimos a la parte recurrida de presentar escrito en oposición al recurso de *Certiorari* ante nos.

Evaluada la *Solicitud de Certiorari* y el expediente en su totalidad, así como el derecho aplicable, este Tribunal concluye que la parte peticionaria no logró establecer que el foro primario hubiese incurrido en error alguno, que justifique nuestra intervención en este caso. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de las de Procedimiento Civil,[3] así como de la Regla 40 del Reglamento de este Tribunal,[4] resolvemos *denegar* la expedición del auto de *Certiorari.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] 32 LPRA Ap. V, R. 52.1.
[4] 4 LPRA Ap. XXII-B, R.40.